# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CATHRYN SLEVA,** ) <br> **DEBORAH SMITH** ) <br> *and others similarly situated,* ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ATLANTA HUMANE SOCIETY** ) <br> **AND SOCIETY FOR** ) <br> **PREVENTION OF CRUELTY** ) <br> **TO ANIMALS, INC.** ) <br> ) <br>     **Defendant.** | Case No. 1:13-cv-00370-JEC |

## ORDER

Upon application of the parties and upon review of the private settlement agreements agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreements are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the above-styled action be DISMISSED WITH PREJUDICE.

This the 31st day of JULY, 2013.

/s/ Julie E. Carnes
Honorable Julie E. Carnes
United States District Court